UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE: NORTHERN DIVISION

---------------------------------------------------------------x
DARREN LIGHT,

          Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC
and O R N L FEDERAL CREDIT UNION,

          Defendants.
---------------------------------------------------------------x

Case No. 3:20-cv-00292-TRM-DCP

**NOTICE OF VOLUNTARY DISMISSAL WITH DEFENDANT O R N L FEDERAL CREDIT UNION**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Darren Light and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant O R N L FEDERAL CREDIT UNION.

DATED: September 24, 2020

**COHEN & MIZRAHI LLP**
EDWARD Y. KROUB

_____
EDWARD Y. KROUB

DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
dan@cml.legal
edward@cml.legal

*Attorneys for Plaintiff*