# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| DARREN LIGHT, ) | |
| ) | Case No. 3:20-cv-292 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

This matter is before the Court for case management purposes. The only remaining parties—Plaintiff Darren Light and Defendant Equifax Information Services, LLC—filed a notice of settlement. (*See* Doc. 16.) The parties are hereby **ORDERED** to submit a joint stipulation of dismissal **on or before October 30, 2020**, pursuant to Local Rule 68.1. If they do not, the parties are **ON NOTICE** that the Court will dismiss this action. *See* Local Rule 68.1.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**